UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
*By casbell at 2:46 pm, May 25, 2017*

ROBERT JOHNSON, JR., Plaintiff

vs.

BASTILLE METAL WORKS, INC., DEFENDANT

Defendant.

_____/

CASE NO.

4:16-CV-00342-LGW-GRS

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ROBERT JOHNSON, JR. and Defendant, BASTILLE METAL WORKS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby move this Court for entry of an order dismissing Plaintiff's Complaint and Defendant's Counterclaim **WITH PREJUDICE**.

Dated this  4  day of May, 2017.

| /s/ *C. RYAN MORGAN* | /s/ *CHRISTIAN J. STEINMETZ III* |
|---|---|
| C. Ryan Morgan, Esq. | Christian J. Steinmetz, III, Esq. |
| Georgia Bar No.: 711884 | Georgia Bar No.: 278260 |
| MORGAN & MORGAN, P.A. | GANNAM, GNANN & STEINMETZ, LLC |
| P.O. Box 4979 | P.O. Box 10085 |
| Orlando, FL 32802-4979 | Savannah, GA 31412-0285 |
| Telephone: (407) 420-1414 | Telephone: 912-232-1192 |
| Fax: (407) 420-5956 | E-mail: cjs@ggsattorneys.com |
| Email: rmorgan@forthepeople.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court herewith approves the foregoing stipulation such that this case is now DISMISSED WITH PREJUDICE as to all claims and counterclaims.

ORDERED, this day, _May 25_, 2017.

_____
Judge, U.S. District Court, S.D.Ga.